UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IRVIN LEE GREENE,<br><br>                Plaintiff,<br><br>    v.<br><br>PIERCE COUNTY CORRECTION BUREAU, *et al.*,<br><br>                Defendants. | CASE NO. 3:19-cv-5100 RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: July 5, 2019 |

This 42 U.S.C. § 1983 civil rights matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff, proceeding *pro se*, initiated this matter in February 2019. *See* Dkt. 1. Because plaintiff has failed to timely update his address, the undersigned recommends dismissing this action without prejudice.

Pursuant to Local Civil Rule 41(b)(2), *pro se* parties are required to keep the Court and opposing parties advised of their current mailing address. If mail sent to a *pro se* plaintiff by the Clerk is returned, and if plaintiff fails to notify the Court and opposing parties of his current mailing address within 60 days of the mail being returned as undeliverable, the Court may

REPORT AND RECOMMENDATION - 1

1 | dismiss the action without prejudice for failure to prosecute. LCR 41(b)(2); *see also* Fed. R. Civ.
2 | P. 41(b)(2).

3 | Plaintiff filed an amended proposed complaint and a motion for leave to proceed *in forma*
4 | *pauperis* in February 2019, but then failed to timely respond to this Court's subsequent order to
5 | show cause or amend his amended complaint. *See* Dkts. 4, 5, 6. Instead, the show cause order
6 | was returned to the Clerk, stamped with "NOT HERE" "RETURN TO SENDER." Dkt. 7. The
7 | Court ordered plaintiff to update his address and warned plaintiff that it would recommend
8 | dismissal of this action without prejudice if plaintiff failed to update his address by May 20,
9 | 2019. *See* Dkt. 8. After becoming aware of plaintiff's updated address in another matter filed
10 | with this Court, the Court additionally directed that the show cause order be resent to plaintiff at
11 | the updated address; however, the order was again returned to the Clerk. *See* Dkt. 10. As such,
12 | this matter should be **DISMISSED WITHOUT PREJUDICE**.

13 | Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), plaintiff shall have fourteen
14 | (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6.
15 | Failure to file objections will result in a waiver of those objections for purposes of *de novo*
16 | review by the district judge (*see* 28 U.S.C. § 636(b)(1)(C)) and can result in a result in a waiver
17 | of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
18 | *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
19 | imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **July 5, 2019,**
20 | as noted in the caption.

21 | Dated this 19th day of June, 2019.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2