# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

IRVIN LEE GREENE,

    Plaintiff,

v.

PIERCE COUNTY CORRECTION BUREAU, *et al.*,

    Defendants.

CASE NO. 3:19-CV-5100 RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, any objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER:**

    (1)     The Report and Recommendation is **ADOPTED**.

    (2)     Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

IT IS SO ORDERED. DATED this 9th day of July, 2019.

                                      Ronald B. Leighton
                                      United States District Judge